UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE MONCRIEFF
*individually and on behalf of all others similarly situated*,

Plaintiff,

v.

RESTAURANT RUNNER, INC.,

Defendant.

Case No. 1:26-cv-04148-FJS

ORDER VACATING SCHEDULING CONFERENCE AFTER ENTRY OF DEFAULT AND REQUIRING STATUS REPORT

NINETY (90) DAY DEADLINE

On August 6, 2026, Plaintiff Kyle Moncrieff filed a request for entry of default against Defendant Restaurant Runner, Inc. (ECF No. 5.) On August 6, 2026, the clerk of the court entered default against Defendant. (ECF No. 6.) In light of the clerk of court's entry of default against Defendant, the scheduling conference set for September 29, 2026, is VACATED. Plaintiff is directed to file a status report within ninety (90) days of entry of this order regarding the status of Plaintiff's motion for default judgment. Plaintiff need not file this status report if the motion for default judgment is filed within ninety (90) days.

IT IS SO ORDERED.

Dated: **September 24, 2026**

UNITED STATES MAGISTRATE JUDGE